LYNN HUBBARD, III, SBN 69773
SCOTTLYNN J HUBBARD IV, SBN 212970
LAW OFFICES OF LYNN HUBBARD, III
12 WILLIAMSBURG LANE
CHICO, CA 95926
Telephone:   (530) 895-3252
Fax:   (530) 894-8244

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GYPSIE JONES, | Case No. CIV.S. 04-0955 DFL CMK |
| Plaintiff, | |
| v. | |
| PEREGRINE REAL ESTATE INVESTMENT TRUST; WINSHIP PROPERTIES, A CALIFORNIA REAL ESTATE INVESTMENT TRUST, et al., | **ORDER FOR DISMISSAL** |
| Defendants. | |

**ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S-04-0955 DFL CMK, is hereby dismissed with prejudice.

Dated: 6/9/2005

_____
DAVID F. LEVI
United States District Judge